1  **THOMPSON COBURN LLP**
2  **LUKAS SOSNICKI, CSB 295895**
   lsosnicki@thompsoncoburn.com
3  **VIVIANA BOERO HEDRICK CSB 239359**
   vhedrick@thompsoncoburn.com
4  10100 Santa Monica Blvd., Suite 500
   Los Angeles, California 90067
5  Tel: 310.282.2500 / Fax: 310.282.2501

6  Attorneys for Defendant CHARTER COMMUNICATIONS, INC.

7  **EMPLOYEE JUSTICE LEGAL GROUP, PC**
   **KAVEH S. ELIHU, CSB 268249**
8  kelihu@ejlglaw.com
   **SAIMA ALI GIPSON, CSB 324752**
9  Sali@ejlglaw.com
   1001 Wilshire Boulevard
10 Los Angeles, California 90017
   Tel: 213.382.2222 / Fax: 213.382.2230
11
12 Attorneys for Plaintiff LANCE BAIRD

13

14               **UNITED STATES DISTRICT COURT**

15       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

| | |
|---|---|
| LANCE BAIRD, KOYAANA REDSTAR, and FABIAN HUERTA, individually and on behalf of a class of others similarly situated, | CASE NO. 2:19-cv-10621-FLA (KSx) |
| | The Hon. Fernando L. Aenlle-Rocha Courtroom 6B |
| Plaintiff, | **NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE ALL CASE DEADLINES** |
| v. | |
| CHARTER COMMUNICATIONS, INC., dba CHARTER COMMUNICATIONS (CCI), INC., a Delaware corporation, | Complaint filed:   November 14, 2019 |
| Defendant. | First Amended Complaint filed:   March 24, 2020 |
| | Second Amended Complaint filed:   April 18, 2022 |

1
NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CASE DEADLINES

WHEREAS, on April 24, 2024, the Plaintiff Lance Baird ("Plaintiff") and Defendant Charter Communications, Inc. ("Charter") (collectively, the "Parties") settled Plaintiff's individual claims in their entirety, without prejudice as to the claims of absent putative class members in the above-entitled action;

WHEREAS, the Parties need additional time to agree to and execute a confidential settlement agreement, and file a joint stipulation to dismiss this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("Stipulated Dismissal") as to Plaintiff's individual claims in their entirety, and without prejudice as to the claims of absent putative class members in the above-entitled action;

WHEREAS, the parties hereby stipulate and jointly request the Court vacate all deadlines in this action, including Charter's deadline to file its opposition to Plaintiff's motion for class certification (Dkt. 173) currently set for Friday, April 26, 2024 (Dkt. 169) in order to give the Parties the necessary time to finalize the settlement and dismissal documents referenced above;

WHEREAS, the parties agree they will jointly file a Stipulated Dismissal within twenty-one (21) days of today's date.

IT IS SO STIPULATED.

DATED: April 24, 2024               **THOMPSON COBURN LLP**


By: _____/s/ *Lukas Sosnicki*_____
    **LUKAS SOSNICKI**
    Attorneys for Defendant CHARTER
    COMMUNICATIONS, INC.

| | | |
|---|---|---|
| 1 | DATED:  April 24, 2024 | **EMPLOYEE JUSTICE LEGAL GROUP LAW, PC** |

By: _____/s/ *Saima Ali Gipson*_____
**SAIMA ALI GIPSON**
Attorneys for Plaintiff LANCE BAIRD

I, Saima Ali Gipson, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.